IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   McDonald, Michael

Printed: 01/22/09

Case Number:   08 B 25321
Judge:   Wedoff, Eugene R
Filed:   9/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 11, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Integra Bank | Secured | 7,000.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 23,000.00 | 0.00 |
| 4. | Integra Bank | Secured | 10,000.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 2,160.85 | 0.00 |
| 6. | American Express | Unsecured | 2,253.25 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 830.21 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 726.30 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 356.32 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 275.96 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 181.31 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 3,537.73 | 0.00 |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Superior Mgt. | Unsecured |  | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 17. | Alliance One | Unsecured |  | No Claim Filed |
|  |  |  | $ 50,321.93 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McDonald, Michael

Printed: 01/22/09

Case Number:  08 B 25321
Judge:  Wedoff, Eugene R
Filed:  9/23/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

